*WHEN RECORDED MAIL TO:*
D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MATTHEW E. ORSO

PLAINTIFF(S),

v.

TODD DISNER et al

DEFENDANT(S).

CASE NUMBER:

CV 5:20-mc-00020

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 10/1/2020 in favor of Nationwide Judgment Recovery, Inc. whose address is 8452 Katella Ave, Stanton CA 90680 and against Jin R Huang whose last known address is 1527 W 9th St Pomona CA 91766 for $16,708.09 Principal, $673.46 Interest, $0.00 Costs, and $0.00 Attorney Fees.

ATTESTED this 13 day of October, 2020
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 7838 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

1527 W 9TH ST
POMONA CA 91766

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1246

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER