*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC. | **CASE NUMBER:** |
| PLAINTIFF(S), | CV 5:20-mc-00020 |
| v. | |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on   October 01,2020

in favor of   NATIONWIDE JUDGMENT RECOVERY INC.

whose address is   8452 Katella Ave, Stanton CA 90680

and against   JIN R HUANG

whose last known address is   1527 W 9TH ST, POMONA  CA 91766

for $  16,708.09 	 Principal, $  1,460.98 	 Interest,  $ 0 	 Costs,

and $  0.00 	 Attorney Fees.

ATTESTED this _____ 6 _____ day of ___ July ___ ,2021 .

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.

Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

JIN R HUANG
_____

1527 W 9TH ST
_____

POMONA CA 91766
_____

CLERK, U.S. DISTRICT COURT

By _____

Deputy Clerk

**LUIS R. RODRIGUEZ**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF*
*ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*